IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORY WHELAN | § |
| | § |
| *Plaintiff,* | § |
| | § |
| VS. | § CIVIL ACTION NO. 21-cv-2750 |
| | § |
| PORTS AMERICA TEXAS INC. AND | § |
| AMERICAN ROLL-ON ROLL-OFF | § |
| CARRIER, LLC | § |
| | § |
| *Defendants.* | § |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant American Roll-On Roll-Off Carrier, LLC (hereinafter "ARC"), by its attorneys, Royston, Rayzor, Vickery & Williams, L.L.P., files this Notice of Removal regarding the removal of the above-captioned action from the 334th District Court of Harris County to the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§ 1332, 1441, and 1446.

### I. ORIGINAL ACTION AND REMOVAL

On July 9, 2021, this action was originally commenced by Plaintiff Gregory Whelan ("Whelan"), in the 334th District Court of Harris County and bears Cause No. 2021-41397.

### II. GROUNDS FOR REMOVAL

This Court has jurisdiction over this case under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Whelan and ARC and the amount in controversy exceeds $75,000.00. Ports America's citizenship must be ignored. The allegations in the Original Petition against Ports America make it clear that Whelan's claims against Ports America Texas Inc. ("Ports America") are improper as a matter of law and are brought solely to try to avoid diversity jurisdiction.

Plaintiff alleges he was injured when he tripped over a metal grating with a metal pipe sticking up through it on ARC's vessel the ARC INTEGRITY. Plaintiff is employed by Ports America as a longshoreman. Thus, his exclusive remedy against his employer Ports America is a claim for statutory compensation benefits under the Longshore and Harbor Workers' Compensation Act. 33 U.S.C. §§ 904-905. Ports America is statutorily immune from any tort based claim by Whelan whose only potential negligence remedy is against ARC under the Longshore and Harbor Workers' Compensation Act. 33 U.S.C. § 905. Whelan is a Texas resident and citizen, and ARC is a Delaware corporation with its principal place of business in New Jersey. There is compete diversity of citizenship when Ports America's citizenship is ignored.

Because this Court has jurisdiction over this matter under 28 U.S.C. § 1332, this matter may be removed pursuant to 28 U.S.C. § 1441(a). The removal of this action is not otherwise prohibited by 28 U.S.C. § 1445(b).

### III.   COPIES OF MATERIALS RECEIVED BY ARC

An index of documents filed in the state court proceeding as well as the documents are attached hereto as **Exhibit A**. ARC received a copy of a Citation and Plaintiff's Original Petition on July 28, 2021. With the exception of the foregoing documents, no other process, pleadings, or orders have been served on ARC.

### IV.   CONSENT

Upon information and belief, only ARC has been served as of the time of the filing of this Notice of Removal. Accordingly, ARC need not seek consent from Ports America. Nevertheless, counsel for ARC has spoken with counsel for Ports America who have confirmed they are unopposed to the removal and have not yet been properly served.

### V. TIMELINESS OF REMOVAL

Whelan's Original Petition was filed on July 9, 2021 and received by ARC on July 28, 2021. Thus, ARC has until, at least, August 26, 2021 to file this Notice of Removal. Accordingly, this Notice of Removal is timely filed.

### VI. NOTICE TO THE PLAINTIFF AND FILING WITH THE CLERK OF THE STATE COURT

ARC is simultaneously serving this Notice of Removal upon Whelan's legal counsel via U.S. mail and is filing a copy of the same with the Clerk of the Court for the Harris County 334th District Court.

**WHEREFORE**, Defendant ARC prays that this action against it pending in the 334th District Court of Harris County and bearing Cause No. 2021-41397 be removed forthwith to this Honorable Court.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _/s/ David R. Walker_
David R. Walker
State Bar No. 20696800
david.walker@roystonlaw.com
Blake E. Bachtel
State Bar No. 24116055
blake.bachtel@roystonlaw.com
The Hunter Building
306–22nd Street, Suite 301
Galveston, TX  77550-1589
Telephone: (409) 763-1623
Fax: (713) 225-9945

*Attorneys for Defendant,*
*American Roll-On Roll-Off Carrier, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of August, 2021, a true and correct copy of the foregoing document was served on all parties of record by either ECF, facsimile transmission, certified mail, regular mail and/or electronic transmission.

*/s/ David R. Walker*
David R. Walker
