**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GREGORY WHELAN** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 21-cv-2750** |
| | § | |
| **PORTS AMERICA TEXAS INC. AND** | § | |
| **AMERICAN ROLL-ON ROLL-OFF** | § | |
| **CARRIER, LLC** | § | |
| | § | |
| *Defendants.* | § | |

## EXHIBIT A TO NOTICE OF REMOVAL

## INDEX OF DOCUMENTS FILED IN STATE COURT

1. Original Petition
2. Citation as to Ports America Texas Inc.
3. Citation as to American Roll-On Roll-Off Carrier, LLC
4. Affidavit of Service on Ports America Texas Inc.
5. Affidavit of Service on Roll-On Roll-Off Carrier, LLC

7/9/2021 3:13 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55209614
By: Cecilia Thayer
Filed: 7/9/2021 3:13 PM

CAUSE NO. _____

| | | |
|---|---|---|
| Gregory Whelan | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Ports America Texas Inc. and | § | |
| American Roll-on Roll-off Carrier LLC | § | |
| | § | |
| | § | |
| *Defendants.* | § | ___TH JUDICIAL DISTRICT |

## Plaintiff's Original Petition

Plaintiff Gregory Whelan brings this action complaining of Ports America Texas Inc. and American Roll-on Roll-off Carrier LLC ("Defendants") and would respectfully show the Court that:

## I.

### Nature of Action

1.    Plaintiff brings negligence and negligence per se claims against Defendants.

## II.

### Jurisdiction and Venue

2.    Jurisdiction is appropriate as the claims asserted arise under the common law of Texas. Further, the parties are not completely diverse as the Plaintiff is a resident and citizen of Texas and at least one Defendant is a resident and/or citizen of Texas. Additionally, there is no federal question being asserted. As such, removal would be improper.

3.     Venue is proper in Harris County, Texas because at least one Defendant maintains a principal office in Harris County, Texas.

## III.

### Discovery Level

4.     Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

## IV.

### Parties

5.     Plaintiff is a Texas resident.

6.     Defendant Ports America Texas, Inc. is a Texas corporation with a principal place of business in Harris County, Texas. This Defendant may be served by and through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas, USA 78701-3218.

7.     Defendant American Roll-on Roll-off Carrier, LLC is a foreign limited liability company. This Defendant does a substantial amount of business in Texas and is subject to specific jurisdiction of this Court because its contacts with Texas are directly related to the incident from which Plaintiff's claims arise. This Defendant may be served by and through its registered agent CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201-3136 USA.

## V.

### Facts

Certified Document Number: 96752381 - Page 2 of 5

8.      On or about May 9, 2021, Plaintiff was working at Defendant Ports America Texas Inc.'s port on Defendant American Roll-on Roll-off Carrier LLC's vessel, the *Arc Integrity*. On or about this date, Plaintiff was seriously injured when he tripped over a metal grating with a metal pipe sticking up through it. As a result of Defendants' negligence, Plaintiff severely injured his head, back, shoulder, wrist, and other parts of his body.

9.      Defendants are negligent and negligent per se for the following reasons:

    a.      Failing to properly maintain the vessel in a reasonably safe manner;

    b.      Failing to properly inspect and/or maintain the vessel;

    c.      Failing to warn Plaintiff of a danger which was unknown to him, yet known to Defendant, or which should have been known to Defendant in the exercise of reasonable care;

    d.      Failing to turnover their vessel in such condition as to allow the Plaintiff to carry on his duties with reasonable safety;

    e.      Failing to maintain parts of the vessel under their active control in a reasonably safe manner;

    f.      Violating its Section 905(b) duties;

    g.      Violating applicable Coast Guard, OSHA, and/or BSEE rules;

    h.      Failing to properly supervise their crew;

    i.      Failing to properly train their employees;

    j.      Failing to provide adequate safety equipment;

    k.      Failing to maintain a safe premises; and

    l.      Other acts deemed negligent.

10.     These events and injuries occurred as a proximate result of Defendants' negligence and negligence per se.

11.    As a result of the Defendant's negligence, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress.  In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely.  Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity.  Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.  Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.  Plaintiff seeks monetary relief over $1 million.

## VI.

## <u>Jury Trial</u>

12.    Plaintiff hereby requests a trial by jury on all claims.

## VII.

## <u>Prayer</u>

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, attorneys' fees, punitive damages, and all such other and further relief, to which he may show himself justly entitled.

Certified Document Number: 96752381 - Page 4 of 5

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas Bar No. 24032461
Trent A. Shelton
Texas State Bar No. 24121119
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
e-service@arnolditkin.com
jitkin@arnolditkin.com
tshelton@arnolditkin.com

***ATTORNEYS FOR PLAINTIFF***



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 16, 2021


Certified Document Number:          96752381 Total Pages:  5


Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7/9/2021 3:13:53 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 55209614
By: THAYER, CECILIA
Filed: 7/9/2021 3:13:53 PM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served:  Original Petition _____

FILE DATE: _____7/9/21_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to:  Ports America Texas, Inc. _____

Address of Service:  211 E. 7th Street, Suite 620, _____

City, State & Zip:  Austin, Texas, USA 78701-3218 _____

Agent (if applicable)  Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | |
|---|---|---|
| [X] **Citation** | [ ] **Citation by Posting** | [ ] **Citation by Publication** | [ ] **Citations Rule 106 Service** |

[ ] **Citation Scire Facias**     **Newspaper**_____

[ ] **Temporary Restraining Order**     [ ] **Precept**     [ ] **Notice**

[ ] **Protective Order**

[ ] **Secretary of State Citation ( $12.00)**     [ ] **Capias (not an E-Issuance)**     [ ] **Attachment**

[ ] **Certiorari**     [ ] **Highway Commission ( $12.00)**

[ ] **Commissioner of Insurance ($12.00)**     [ ] **Hague Convention ($16.00)**     [ ] **Garnishment**

[ ] **Habeas Corpus**     [ ] **Injunction**     [ ] **Sequestration**

[ ] **Subpoena**

[ ] **Other (Please Describe)**_____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
[ ] **ATTORNEY PICK -UP (phone)** _____     [ ] **CONSTABLE**
[ ] **MAIL to attorney    at:**_____

[ ] **CERTIFIED MAIL by District Clerk**     [X] **E-Issuance by District Clerk** (No Service Copy Fees Charged)
     (Note:) **CAPIAS is not an E-Issuance Option**
[ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____     Phone: _____
[ ] **OTHER** , *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name:  Jason A. Itkin     Bar # or ID  24032461

Mailing Address:  6009 Memorial Drive Houston, Texas 77007

Phone Number:  713-222-3800

Certified Document Number: 96752384 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 16, 2021

Certified Document Number:        96752384 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

7/9/2021 3:13:53 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 55209614
By: THAYER, CECILIA
Filed: 7/9/2021 3:13:53 PM

# Marilyn Burgess –Harris County District Clerk

## Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:**   Original Petition _____

**FILE DATE:** _____7/9/21_____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:**   American Roll-on Roll-off Carrier, LLC _____

Address of Service:        1999 Bryan St., Ste. 900, _____

City, State & Zip:_____ Dallas, Texas 75201 _____

Agent (if applicable)_____ CT Corporation System _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | | |
|---|---|---|---|
| ☒ **Citation** | ☐ **Citation by Posting** | ☐ **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | | **Newspaper**_____ | |
| ☐ **Temporary Restraining Order** | ☐ **Precept** | | ☐ **Notice** |
| ☐ **Protective Order** | | | |
| ☐ **Secretary of State Citation ( $12.00)** | ☐ **Capias (not an E-Issuance)** | | ☐ **Attachment** |
| ☐ **Certiorari** | ☐ **Highway Commission ( $12.00)** | | |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)** | | ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction** | | ☐ **Sequestration** |
| ☐ **Subpoena** | | | |
| ☐ **Other (Please Describe)**_____ | | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP (phone)** _____    ☐ **CONSTABLE**
☐ **MAIL to attorney    at:**_____

☐ **CERTIFIED MAIL by District Clerk**    ☒ **E-Issuance by District Clerk** (No Service Copy Fees Charged)
         (Note:) **CAPIAS is not an E-Issuance Option**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____    Phone: _____
☐ **OTHER** , *explain* _____

**Issuance of Service Requested By:**Attorney/Party Name:   Jason A. Itkin          Bar # or ID   24032461

Mailing Address:_ 6009 Memorial Drive Houston, Texas 77007

Phone Number: 713-222-3800

Certified Document Number: 96752382 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 16, 2021

Certified Document Number:       96752382 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

CAUSE NO. 202141397

7/28/2021 10:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55769994
By: SIMONE MILLS
Filed: 7/28/2021 10:00 AM

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 893098   TRACKING NO: 73889015
EML

| | |
|---|---|
| Plaintiff: | In The 334th |
| WHELAN, GREGORY | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| PORTS AMERICA TEXAS INC | Houston, Texas |

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

**To:    PORTS AMERICA TEXAS INC (A TEXAS CORPORATION) MAY BE SERVED THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY**
**211 E 7TH STREET SUITE 620, AUSTIN TX 78701-3218**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on July 9, 2021 in the above cited cause number and court.  The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.**  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

This citation was issued on July 13, 2021, under my hand and seal of said court.

Issued at the request of:

Itkin, Jason A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800
Bar Number: 24032461



*Marilyn Burgess*

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:CECILIA THAYER

EML

Tracking Number: 73889015

**CAUSE NUMBER: 202141397**

| | |
|---|---|
| PLAINTIFF: WHELAN, GREGORY | In the 334th |
| vs. | Judicial District Court of |
| DEFENDANT: PORTS AMERICA TEXAS INC | Harris County, Texas |

OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____

in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment».  Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____                    By_____
             Affiant                                                                                             Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared.  After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

Certified Document Number: 97075332 - Page 2 of 3

**CAUSE NO. 2021-41397**

| | | |
|---|---|---|
| WHELAN, GREGORY | § | |
| **PLAINTIFF** | § | |
| | § | |
| VS. | § | IN THE 334th District Court |
| | § | |
| PORTS AMERICA TEXAS INC | § | HARRIS COUNTY, TX |
| **DEFENDANT** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**RETURN OF SERVICE**

**ON Wednesday, July 28, 2021 AT 7:36 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on PORTS AMERICA TEXAS INC c/o CT Corporation came to hand.

**ON Wednesday, July 28, 2021 AT 9:12 AM, I, Don Anderson, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** PORTS AMERICA TEXAS INC c/o CT Corporation, by delivering to Kirk Atkins, 1999 Bryan Street, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, BALCH SPRINGS, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in DALLAS COUNTY, TX on Wednesday, July 28, 2021.

/S/ Don Anderson

WHELENA VS PORTS AMERICA

Doc ID: 284720_2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   August 16, 2021

Certified Document Number:         97075332 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

7/28/2021 10:00 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 55769973
By: SIMONE MILLS
Filed: 7/28/2021 10:00 AM

Receipt Number: 893098
Tracking Number: 73885905

EML
**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202141397

| | |
|---|---|
| PLAINTIFF: WHELAN, GREGORY | In the 334th Judicial |
| vs. | District Court of |
| DEFENDANT: PORTS AMERICA TEXAS INC | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AMERICAN ROLL-ON ROLL-OFF CARRIER LLC MAY BE SERVED THROUGH ITS REGISTERED AGENT
CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on July 9, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this July 13, 2021.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CECILIA THAYER

Issued at request of:
Itkin, Jason A.
6009 MEMORIAL DRIVE
HOUSTON, TX  77007
713-222-3800

Bar Number: 24032461

Tracking Number: 73889016
EML

CAUSE NUMBER: 202141397

| | |
|---|---|
| PLAINTIFF: WHELAN, GREGORY | In the 334th |
| vs. | Judicial District Court |
| DEFENDANT: PORTS AMERICA TEXAS INC | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock _____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock _____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the _____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                     _____

_____ of _____

County, Texas

_____       By: _____
          Affiant                            Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

_____
          Notary Public

<u>**CAUSE NO. 2021-41397**</u>

WHELAN, GREGORY                             §
**PLAINTIFF**                               §
                                            §
VS.                                         §          IN THE 334th District Court
                                            §
PORTS AMERICA TEXAS INC                     §          HARRIS COUNTY, TX
**DEFENDANT**                               §
                                            §
                                            §
                                            §
                                            §

**RETURN OF SERVICE**

**ON Wednesday, July 28, 2021 AT 7:35 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on AMERICAN ROLL-ON ROLL-OFF CARRIER
LLC, c/o CT Corporation came to hand.

**ON Wednesday, July 28, 2021 AT 9:12 AM, I, Don Anderson, PERSONALLY DELIVERED
THE ABOVE-NAMED DOCUMENTS TO:** AMERICAN ROLL-ON ROLL-OFF CARRIER LLC, c/o CT
Corporation, by delivering to Kirk Atkins, 1999 Bryan Street, DALLAS, DALLAS COUNTY, TX 75201.

My name is Don Anderson. My address is 1900 Brown, BALCH SPRINGS, TX 75180. I am a private
process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires
8/31/2022). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all
ways competent to make this statement, and this statement is based on personal knowledge. I am
not a party to this case and have no interest in its outcome. I declare under penalty of perjury that
the foregoing is true and correct.

Executed in DALLAS COUNTY, TX on Wednesday, July 28, 2021.

/S/ Don Anderson

WHELENA VS PORTS AMERICA

Doc ID: 284720_1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   August 16, 2021

Certified Document Number:      97075320 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**